IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ANNETTE NICOLE HANNA,

    Plaintiff,

vs.                                     No. 1:20-CV-00132-KRS

KILOLO KIJAKAZI, Acting Commissioner of
Social Security,

    Defendant.

## JUDGMENT

Having granted Plaintiff's Motion to Reverse and Remand for a Hearing (Doc. 23) in an order entered concurrently herewith, in accordance with Federal Rule of Civil Procedure 58,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that judgment is entered in favor of Plaintiff.

_____
**KEVIN R. SWEAZEA**
**UNITED STATES MAGISTRATE JUDGE**